# RUBEN BERMEJO-BASTARRACHEA,
*Petitioner-Appellant,*

*v.*

# STATE OF OREGON,
*Defendant-Respondent.*

Washington County Circuit Court
C132258CV; A155964

368 P3d 83

Jason Weber argued the cause for appellant. With him on the briefs was O'Connor Weber LLP.

Dustin E. Buehler, Assistant Attorney General, argued the cause for respondent. On the briefs were Ellen F. Rosenblum, Attorney General, Anna M. Joyce, Solicitor General, and Paul L. Smith, Deputy Solicitor General.

Before Sercombe, Presiding Judge, and Tookey, Judge, and DeHoog, Judge.

PER CURIAM

Affirmed. *Benitez-Chacon v. State of Oregon*, 178 Or App 352, 37 P3d 1035 (2001).